UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



MEMORANDUM

SEP 3 0 2008



Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                RE:     Melody Ann CRYDER
                          Docket Number:  2:08CR00282-02
                          **CONTINUANCE OF JUDGMENT**
                          **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 10/31/2008 to 12/12/2008 at 10AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** To allow attorneys time to provide necessary information to the probation officer.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                  Respectfully submitted,

                                    */s/ Brenda Barron-Harrell*

                                **BRENDA BARRON-HARRELL**
                                **United States Probation Officer**

**REVIEWED BY:**    */s/ Linda L. Alger*
                              **LINDA L. ALGER**
                              **Supervising United States Probation Officer**

Dated:     09/30/2008
               Sacramento, California
               LLA

Attachment

Rev. 08/2007
CONTINUANCE – TO JUDGE (EJG).MRG

**RE:  Melody Ann CRYDER**
**Docket Number:  2:08CR00282-02**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____    9/30/08
**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date**

___ **Disapproved**

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:08CR00282-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Melody Ann CRYDER** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/12/2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/05/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/26/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/14/2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/31/2008 |