DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MELODY CRYDER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-282-EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: December 12, 2008 |
| | TIME: 10:00 AM |
| MELODY CRYDER, | JUDGE: Hon. Edward Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Mike Beckwith, Assistant U.S. Attorney, and defendant Melody Cryder, by and through his attorney, Dan Koukol, that the status conference of December 12, 2008 be vacated and that a status conference be set for January 21, 2009 at 10:00 AM.

This continuance is being requested because the defense needs additional time to prepare for the sentencing hearing.

//

//

//

//

-1-

The parties request that the speedy trial time is excluded from the date of this order through the date of the sentencing hearing set for January 21, 2009 at 10:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: DECEMBER 2, 2008                    Respectfully submitted,


/s/ DAN KOUKOL

DAN KOUKOL
Attorney for defendant Melody Cryder


DATED: DECEMBER 2, 2008                    Respectfully submitted,


/s/ DAN KOUKOL FOR

Mike Beckwith
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   December 8, 2008


/s/ Edward J. Garcia
Edward Garcia
UNITED STATES DISTRICT JUDGE