1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **MELODY CRYDER**

7
                **IN THE UNITED STATES DISTRICT COURT**
8               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-282-EJG |
|---|---|
11 | Plaintiff, | STIPULATION AND ORDER |
12 | vs. | DATE: February 6, 2009<br>TIME: 10:00 AM |
13 | MELODY CRYDER, | JUDGE: Hon. Edward Garcia |
14 | Defendant. | |

15

16     It is hereby stipulated and agreed to between the United States of America through Mike

17 Beckwith, Assistant U.S. Attorney, and defendant Melody Cryder, by and through his attorney,

18 Dan Koukol, that the sentencing hearing of Febuary 6, 2009 be vacated and that the sentencing

19 hearing be set for February 13, 2009 at 10:00 AM.

20     //

21     //

22     //

23     //

24     //

25
                                    -1-

1  This continuance is being requested because defense counsel is scheduled to be in San Mateo
2  County at 8:30 AM on February 6, 2009.

DATED: FEBRUARY 3, 2009                         Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Melody Cryder

DATED: FEBRUARY 3, 2009                         Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Mike Beckwith
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   February 5, 2009


 /s/ Edward J. Garcia
Edward Garcia
UNITED STATES DISTRICT JUDGE